# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DAVID ANDREW BARDES, | : Case No. 1:24-cv-701 |
| Plaintiff, | : |
| vs. | : District Judge Michael R. Barrett |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| THE HONORABLE DOUGLAS R. COLE, UNITED STATES DISTRICT JUDGE, *et al.*, | : |
| Defendants. | : |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendants United States District Judge Douglas R. Cole, Chief Magistrate Judge Stephanie K. Bowman, and United States Magistrate Judge Karen L. Litkovitz, in their individual and official capacities, filed a Motion to Dismiss and to Declare Plaintiff a Vexatious Litigator on February 18, 2025. (Doc. #6). You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **March 14, 2025**. *See* S.D. Ohio Civ. R. 7.2(b). If you fail to file a timely response, Defendants' Motion to Dismiss may be granted and your case dismissed.

February 19, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge