# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| DAVID ANDREW BARDES, | : | Case No. 1:24-cv-701 |
| Plaintiff, | : | District Judge Jack Zouhary |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | |
| HON. DISTRICT JUDGE DOUGLAS COLE, *et al.*, | : | |
| Defendants. | : | |

## ORDER

The undersigned hereby **RECUSES** himself from this case.

**IT IS SO ORDERED.**

July 28, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge